THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Quinton Inman, Appellant.
 
 
 

Appeal From Marion County
 Thomas A. Russo, Circuit Court Judge
Unpublished Opinion No. 2010-UP-457
Submitted October 1, 2010  Filed October
 21, 2010    
APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L. Savitz, III, of Columbia; and
 Quinton Inman, pro se, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, for
 Respondent.
 
 
 

PER CURIAM:  Quinton Inman
 was convicted of murder and sentenced to life without parole.  Inman appeals,
 arguing the trial court committed reversible error in failing to instruct the
 jury on the law of accessory after the fact.  Inman filed a pro se brief,
 arguing the trial court erred by (1) making comments on the credibility of the
 witnesses during jury instructions and (2) instructing jurors on the "hand
 of one is the hand of all" theory.  After a thorough review of the record and both briefs pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., HUFF
 and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.